Arnold R. Levinson (State Bar No. 066583)
Brian H. Kim (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
Email: alevinson@pillsburylevinson.com
bkim@pillsburylevinson.com

Attorneys for Plaintiff
KENNETH S. KLEIN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH S. KLEIN, | Case No. 09 CV 2843 W (NLS) |
| Plaintiff, | AMENDED SUPPLEMENTAL DECLARATION OF BRIAN H. KIM IN SUPPORT OF JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE |
| vs. | |
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY; STANDARD INSURANCE COMPANY; FOLEY & LARDNER LONG-TERM DISABILITY PLAN; and DOES 1-30, inclusive, | Date: TBD<br>Time: TBD<br>Dept.: Courtroom D<br>Magistrate Judge: Hon Nita L. Stormes |
| Defendants. | |

I, Brian H. Kim, declare:

1. I am an attorney at law duly admitted to practice in the State of California and before the Northern District of California. I am an associate in the law firm of Pillsbury & Levinson, LLP, counsel of record for Plaintiff Kenneth E. Klein in the above action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would competently testify as to the matters set forth herein.

2. On or around June 1, 2011, after the filing of the May 16, 2011 Joint Discovery Motion, our office received the Privilege Log of Defendant Standard Insurance Company from Defendants' counsel, which was served by mail on May 27, 2011. Attached as **Exhibit E** is a true and correct copy of the Privilege Log.

-1-
AMENDED SUPPLEMENTAL DECLARATION OF BRIAN H. KIM IN SUPPORT  Case No. 09 CV 2843 W (NLS)
OF JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE

3. On the mornings of June 7 and 9, 2011, I telephoned Carol Lewis of Meserve, Mumper & Hughes LLP, counsel for Defendants, and discussed with her our belief that the Privilege Log should be provided to the Court and the appropriate procedure for doing so.

4. On June 10, 2011, Ms. Lewis advised me that Defendants objected to both the filing of a supplemental declaration and to the filing of the Privilege Log.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of June, 2011 in San Francisco, California.

/s/ Brian H. Kim
Brian H. Kim